## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SARAH A. RAMEY,**
    **Plaintiff,**

    v.                      **CIVIL ACTION NO. 10-40032-JLT**

**LAW OFFICES OF D. SCOTT CARRUTHERS,**
    **Defendant.**

## DEFAULT JUDGMENT

**TAURO, D.J.**

Defendant **D. SCOTT CARRUTHERS** having failed to plead or otherwise defend in this action and its default having been entered,

It is hereby ORDERED, ADJUDGED AND DECREED:

that Judgment enter for plaintiff.

                                        By the Court,
                                        /S/

**Dated: 1/14/2011**                           Zita Lovett
                                            **Deputy Clerk**